IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIC GENE WILLIAMS                                                                                    PLAINTIFF

v.                                         Case No. 2:24-cv-2005

SEBASTIAN COUNTY
SHERIFF'S OFFICE, *et al*.                                                                         DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) for failing to comply with orders of the Court and for failing to prosecute this matter, respectively. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 11) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge